Hal Michael Clyde, CA Bar No. 302473
michael.clyde@perkinscoie.com
ASHURST PERKINS COIE US LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

*Attorneys for Plaintiff*
*WADE BENTON, in his capacity as Sellers' Representative*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

WADE BENTON, *in his capacity as Sellers' Representative,*

Plaintiff,

v.

CIVI BIOPHARMA HOLDINGS, INC., *a Delaware Corporation*, SERB SAS, *a French Corporation*, and BTG INTERNATIONAL, INC., *a Delaware Corporation*,

Defendants.

Case No. 4:25-cv-1000-JST

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE THAT Hal Michael Clyde hereby withdraws as counsel of record for Defendant, Wade Benton in this action.

Eric B. Evans, CA Bar No. #232476
PERKINS COIE US LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

August 11, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/Hal Michael Clyde*
Hal Michael Clyde, Bar No. 302473

*Attorneys for Plaintiff*
*WADE BENTON, in his capacity as*
*Sellers' Representative*