Hal Michael Clyde, CA Bar No. 302473
michael.clyde@perkinscoie.com
ASHURST PERKINS COIE US LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

*Attorneys for Plaintiff*
*WADE BENTON, in his capacity as Sellers' Representative*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WADE BENTON, *in his capacity as Sellers' Representative,*<br><br>Plaintiff,<br><br>v.<br><br>CIVI BIOPHARMA HOLDINGS, INC., *a Delaware Corporation*, SERB SAS, *a French Corporation*, and BTG INTERNATIONAL, INC., *a Delaware Corporation*,<br><br>Defendants. | Case No. 4:25-cv-1000-JST<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Hal Michael Clyde, is appearing in this action as counsel representing Wade Benton and requests that all notices, given or required to be given, and papers filed or served, or required to be served, in the above-captioned matter to be provided to and served at the address set forth below:

Hal Michael Clyde, CA Bar No. 302473
michael.clyde@perkinscoie.com
ASHURST PERKINS COIE US LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

August 11, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/Hal Michael Clyde*
Hal Michael Clyde, Bar No. 302473

*Attorneys for Plaintiff*
*WADE BENTON, in his capacity as Sellers' Representative*