Hal Michael Clyde, CA Bar No. 302473
michael.clyde@perkinscoie.com
ASHURST PERKINS COIE US LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile: +1.650.838.4350

Attorneys for Plaintiff
WADE BENTON, in his capacity as Sellers' Representative

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

WADE BENTON, *in his capacity as Sellers' Representative,*

Plaintiff,

v.

CIVI BIOPHARMA HOLDINGS, INC., *a Delaware Corporation*, SERB SAS, *a French Corporation*, and BTG INTERNATIONAL, INC., *a Delaware Corporation*,

Defendants.

Case No. 4:25-cv-1000-JST

**NOTICE OF LAW FIRM NAME CHANGE**

## INTRODUCTION

PLEASE TAKE NOTICE that effective as of June 26, 2026, Perkins Coie LLP changed its name to Ashurst Perkins Coie US LLP.

There has been no change in the attorneys of record, address, telephone numbers, or representation of the parties in this matter. All pleadings and correspondence filed or served after the effective date should reflect the new name and electronic email addresses as follows:

**Ashurst Perkins Coie US LLP**

3150 Porter Drive
Palo Alto, CA 94034
Hal Miuchael Clyde, Bar No. 302473
michael.clyde@ashurstperkins.com
Bo Yan J. Moran, Bar No. 360289
boyan.moran@ashurstperkins.com
Telephone: +1.650.838.4300

Dated: August 11, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/ Hal Michael Clyde*
Hal Michael Clyde