GORDON C. ATKINSON (122401)
CRAIG C. DANIEL (212588)
GLUCK DANIEL ATKINSON LLP
354 Pine Street, 5th Floor
San Francisco, CA 94104
Telephone 415-510-2114
Facsimile 415-510-2208
Email litigation@gluckdaniel.com

*[additional counsel listed below]*

Attorneys for Defendants
CIVI BIOPHARMA HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WADE BENTON, in his capacity as Sellers' Representative,<br><br>Plaintiff,<br><br>v.<br><br>CIVI BIOPHARMA HOLDINGS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:25-cv-1000-JST<br><br>JOINT STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER SECOND AMENDED COMPLAINT<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to Civil Local Rules 6-2 and 7-11 of the Northern District of California, Plaintiff Wade Benton (“Plaintiff”) and Defendant CiVi Biopharma Holdings, Inc. (“CiVi” or “Defendant”) (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Joint Stipulated Request for an Order extending Defendant’s time to answer Plaintiff’s Second Amended Complaint.

WHEREAS, Plaintiff filed his original Complaint on January 31, 2025 (ECF No. 1);

WHEREAS, on August 8, 2025, Plaintiff filed his First Amended Complaint in this action, asserting claims against Defendants (ECF No. 13);

WHEREAS, on January 12, 2026, Plaintiff filed his Second Amended Complaint (“SAC”) (ECF No. 64);

WHEREAS, on August 10, 2026, this Court entered an order denying Defendant's Motion to Dismiss the First Amended Complaint (ECF No. 103). Under Federal Rule of Civil Procedure 12(a)(4)(A), Defendant’s Answer is currently due August 24, 2026.

WHEREAS, the Parties are currently engaged in active, good-faith settlement discussions to resolve this matter in its entirety.

WHEREAS, to allow adequate time to finalize responsive pleadings while conducting settlement discussions, the Parties have agreed to a two-week extension of Defendant's deadline to answer, moving it from August 24, 2026, to September 7, 2026.

NOW THEREFORE, the parties hereby stipulate that defendant CiVi may file its answer on or before September 7, 2026.

**IT IS SO STIPULATED.**

Dated: August 18, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/ Hal Michael Clyde*
Hal Michael Clyde, Bar No. 302473

Attorneys for Plaintiff
WADE BENTON, in his capacity as Sellers' Representative

Dated: August 18, 2026

**GLUCK DANIEL ATKINSON LLP**

By: */s/ Craig C. Daniel*
Craig Daniel, Bar No. 212588

**COOLEY LLP**
AMANDA A. MAIN (260814)
(amain@cooley.com)
PRIYA GAMBHIR (353954)
(pgambhir@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

Attorneys for Defendants
CIVI BIOPHARMA HOLDINGS, INC., a Delaware Corporation

*Civil L.R. 5-1(i)(3) Attestation*

*The filer of this document attests that each of the other signatories has concurred in the filing of this document.*

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

Defendant CiVi Biopharma Holdings, Inc. shall file and serve its Answer to the First Amended Complaint on or before September 7, 2026.

ENTERED: _______________, 2026

_______________________________
Honorable Jon S. Tigar
United States District Court Judge